IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00754-RPM

SHONETTA COOPER and
AUNDREA COOKS,

    Plaintiffs,
vs.

ADT, LLC d/b/a ADT SECURITY SERVICES,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [Doc. 14] filed May 7, 2015, it is

ORDERED that this action is dismissed with prejudice, each party to bear their attorney's fees and costs.

DATED:   May 8th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge